IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MUSTAFA LIFE WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-0312 |
| | : | |
| GARY HAMMER, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 26th day of April, 2022, upon consideration of the Motion to Dismiss by Defendants Mark Mazzitelli and Whitehall Township Police Department (Doc. 27), Plaintiff's Response (Doc. Nos. 36 and 50), Defendant Northampton County's Motion to Dismiss (Doc. No. 34), and Plaintiff's Response (Doc. No. 46), Plaintiff's Motion for Default Judgment (Doc. No. 33), Plaintiff's Motion for Appointment of Counsel (Doc. No. 40), and Plaintiff's Motion for Documents (Doc. No. 39), it is hereby **ORDERED** that:

1. The Motion to Dismiss by Defendants Mark Mazzitelli and Whitehall Township Police Department (Doc. No. 27) is **GRANTED** and all claims against them are **DISMISSED WITH PREJUDICE**.

2. The Motion to Dismiss by Defendant Northampton County (Doc. No. 34) is **GRANTED** and all claims against it are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's Motion for Default Judgment (Doc. No. 33) is **DENIED**.

4. Plaintiff's Motion for Appointment of Counsel (Doc. No. 40) is **DENIED WITHOUT PREJUDICE**.

5. Plaintiff's Motion for Documents (Doc. No. 39) is **GRANTED,** and the Clerk of Court shall send Plaintiff a copy of the docket in this case.

6. Plaintiff's Motion for "Relation Back of Amendments" (Doc. No. 45) and Motion to Strike Motion for "Relation Back of Amendments" (Doc. No. 48) are **DENIED AS MOOT** in light of the Court's striking of the proposed Fourth Amended Complaint.

                                        **BY THE COURT:**

                                        */s/ Mitchell S. Goldberg*
                                        **MITCHELL S. GOLDBERG, J.**