IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MUSTAFA LIFE WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-0312 |
| | : | |
| GARY HAMMER, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 11th day of May, 2023, upon consideration of the Motion by Defendants Detective Gary Hammer and Colonial Regional Police Department for Judgment on the Pleadings (Doc. No. 88), Defendants' Amended Motion for Judgment on the Pleadings (Doc. No. 89), Plaintiff's Response (Doc. No. 99), and Plaintiff's Supplemental Brief (Doc. No. 107), it is hereby **ORDERED** that:

1. Defendant's Motions are **GRANTED** as to Plaintiff's Fourth Amendment false arrest claim, Fourth Amendment false imprisonment claim, Fourteenth Amendment malicious prosecution claim, state false imprisonment claim, and state civil conspiracy claim against Defendant Detective Gary Hammer, and as to Plaintiff's Section 1983/Monell claim against Defendant Colonial Regional Police Department. The Motions are **DENIED** in all other respects.

2. The sole remaining claims in the case are (a) Fourth Amendment fabrication of evidence against Detective Hammer, and (b) state law malicious prosecution against Detective Hammer.

3. Fact discovery is extended to and shall be completed by **July 14, 2023**.

4. Dispositive motions shall be filed no later than **August 14, 2023**.

5. All further deadlines will be set pending the outcome of dispositive motions.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**