IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY MUSTAFA LIFE WILLIAMS,** | : : : | **CIVIL ACTION** |
| **Plaintiff,** | : : | |
| v. | : : | NO. 21-CV-0312 |
| **GARY HAMMER,** *et al.*, **Defendants.** | : : : | |

**ORDER**

**AND NOW**, this 14th day of May, 2024, upon consideration of Defendant Gary Hammer's Motion for Summary Judgment (Doc. No. 141), Plaintiff's Response (Doc. No. 144), Defendant's Reply (Doc. No. 145), and Plaintiff's Sur-reply (Doc. No. 146), and Plaintiff's Motion for Order Directing an Answer from Marshals (Doc. No. 143), it is hereby **ORDERED** that:

1. Defendant Hammer's Motion for Summary Judgment is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant Detective Gary Hammer and against Plaintiff.

3. Plaintiff's Motion for Order Directing an Answer from Marshals (Doc. No. 143) is **DENIED AS MOOT**.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**